**Claudia Van Wyk, Esq.**
Gibbons, P.C.
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
facsimile (973)639-6231
cvanwyk@gibbonslaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>- vs -<br><br>ROGER DURONIO,<br><br>Defendant. | Criminal No. 02-933<br><br>**ORDER** |

This matter having come before the Court on uncontested motion by the defendant for correction of the sentencing transcript, and the Court having considered the submission, and for other good cause shown,

**IT IS ORDERED** on this 15th day of March 2010, that defendant's motion to for correction of the sentencing transcript is **GRANTED**, and a supplemental, corrected record shall be certified and forwarded pursuant to F.R. App. P. 10(e)(2)B).

Joseph A. Greenaway, Jr., U.S.D.J.
U.S.C.J,
(Sitting by designation on the District Court)