NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No.: 02-933 (JLL) |
| Plaintiff, | **ORDER** |
| v. | |
| ROGER DURONIO, | |
| Defendant. | |

This matter having come before the Court by way of a motion filed by Defendant on April 3, 2010 requesting that Judge Joseph A. Greenaway, Jr. recuse himself from hearing Defendant's petition pursuant to 28 U.S.C. § 2255; and it appearing that Judge Greenaway is no longer assigned to this case;

IT IS on this 2Nd day of March, 2011,

**ORDERED** that Defendant's motion for recusal (CM/ECF No. 160) is DENIED as moot.

**IT IS SO ORDERED.**

_____
JOSE L. LINARES
UNITED STATES DISTRICT JUDGE